FILED
HARRISBURG, PA
JAN 08 2025
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR-08 |
| | : | |
| v. | : | |
| | : | (Judge WILSON) |
| ANAIYA BUSH, | : | |
| MALIAH STEELE, | : | |
| Defendants. | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 1349
(Conspiracy to Commit Wire Fraud)

On or about July 2020, in Cumberland and Dauphin Counties, within the Middle District of Pennsylvania, the defendants,

**ANAIYA BUSH**

And

**MALIAH STEELE,**

did knowingly and intentionally conspire and agree with each other and persons known and unknown to the grand jury to commit the following offense against the United States: to devise a scheme and artifice to defraud another, specifically an automobile dealership located in

Mechanicsburg, Pennsylvania and a person identified herein as "T.C.", and to obtain an automobile and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so caused to be transmitted by means of wire communication in interstate commerce signals and sounds, in violation of 18 U.S.C. Section 1343.

In violation of Title 18, United States Code, Section 1349.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
18 U.S.C. §§ 505, 2
(Forgery – Seal of Courts)

On or about July 15, 2020, in Cumberland and Dauphin Counties, within the Middle District of Pennsylvania, the defendants,

**ANAIYA BUSH**

And

**MALIAH STEELE,**

did knowingly, intentionally and unlawfully forge the signature of Chief Bankruptcy Judge Henry W. Van Eck, a judge of a Court of the United States in the Middle District of Pennsylvania, and knowingly concurred

in the use of such forged signature, for the purpose of authenticating a bankruptcy document and did aid and abet the same.

In violation of Title 18, United States Code, Sections 505 and 2.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*[signature]*

1/8/2025

Michael A. Consiglio
Assistant United States Attorney

Date

3