FILED
HARRISBURG, PA
JAN 08 2025
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR NO. 1:25-CR-08 |
| | ) | |
| v. | ) | (JUDGE WILSON) |
| | ) | |
| ANAIYA BUSH, | ) | |
| Defendant. | ) | |

PRAECIPE

TO: PETER J. WELSH

SIR:

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the U.S. mail at the following address: Thomas Thornton, Esquire, Office of the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania 17101. A copy of this summons should also be served on the defendant.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

Dated: January 8, 2025

s/ Michael A. Consiglio
Michael A. Consiglio
PA 76103
1501 North 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Michael.Consiglio@usdoj.gov